IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY G. BUCK,<br><br>    Plaintiff,<br><br>v.<br><br>KRAFT FOOD GLOBAL, INC.,<br>PENSION PLAN NO. 1 OF OSCAR<br>MAYER FOOD CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)   NO. 3:04-0562<br>)   JUDGE HAYNES<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for judgment on the record or in the alternative summary judgment (Docket Entry No. 26) is **DENIED** and the Plaintiff's motion for summary judgment on the administrative record or in the alternative summary judgment (Docket Entry No. 31) is **GRANTED**.

Plaintiff is **AWARDED** fifty-three thousand seven hundred eight dollars and sixteen cents ($53,708.16) in unpaid disability benefits with prejudgment interest from May 20, 1997, the date of Plaintiff's application for these benefits. Plaintiff is also awarded his attorney's fees to be determined in accordance with federal law and Local Rule 54.01.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ____ day of February, 2007.

WILLIAM J. HAYNES, JR.
United States District Court